FILED

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
Clerk, U. S. District Court
## for the
astern District of Tennessee
Chattanooga

_Tollivey; Dehable - denay;_ )
)
<i>Plaintiff/Petitioner</i>
)
N, Bcites Bedgett 1381, James W Hammond III, Gerald webb Jr, )
Judge, first property Management, Luke Murrillo, Governor Bill Lee )
<i>Defendant/Respondent</i> )

Civil Action No. 1:21-CV-102

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____ .

4th Amendment; Article 1 Section 10 Clause 1

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4.  Amount of money that I have in cash or in a checking or savings account: $ _____ 4th Amendment

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

4th Amendment

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

4th Amendment

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person. and how much I contribute to their support:

I have no debts, but the U.S. transferring all debts to the people via the Birth Certificate. All debts belong the U.S. Per 12 USC § 411 This issue must proceed PRO BONO persuant to Article 1 Section 8 & 10 of the U.S. Constitution also Williams vs the IRS Commisioner, Craig vs the state of missouri

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: and Clearfield trust vs the United State. See: UN Declaration of human Rights article 1-5

~~(scribbled out)~~

NO, Title 12 USC § 411

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 5-10-21

Tollev,: Schehle denay:
_____
*Applicant's signature*

Tolliver, :schachle -denay:
_____
*Printed name*